## Anthony S. COLEMAN, Plaintiff–Appellant,

### v.

## Z. BROWN, Deputy, Defendant–Appellee.

### No. 01–7660.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

Anthony S. Coleman, Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Anthony S. Coleman, a Virginia state inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Coleman v. Brown*, No. CA–01–934–AM (E.D. Va. filed Sept. 4, 2001; entered Sept. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*